**No. 10-8820. Wilfredo Gonzalez Lora, Petitioner v. United States.**

564 U.S. 1003, 131 S. Ct. 3013, 180 L. Ed. 2d 820, 2011 U.S. LEXIS 4389.

June 13, 2011. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied. Justice Kagan took no part in the consideration or decision of this motion.

**No. 10-9938. Jessica C. Adams, Petitioner v. Merck & Company, Inc.**

564 U.S. 1003, 131 S. Ct. 3013, 180 L. Ed. 2d 820, 2011 U.S. LEXIS 4533.

June 13, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until July 5, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-10051. Yaser A. Albahri, Petitioner v. Florida.**

564 U.S. 1003, 131 S. Ct. 3013, 180 L. Ed. 2d 820, 2011 U.S. LEXIS 4496.

June 13, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until July 5, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-10150. Chukwujindu Victor Mbakpuo, Petitioner v. Committee on Admissions, District of Columbia Court of Appeals.**

564 U.S. 1003, 131 S. Ct. 3013, 180 L. Ed. 2d 820, 2011 U.S. LEXIS 4446.

June 13, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until July 5, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-875. Lynwood D. Hall, et ux., Petitioners v. United States.**

564 U.S. 1003, 131 S. Ct. 2989, 180 L. Ed. 2d 820, 2011 U.S. LEXIS 4460.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit granted.

Same case below, 617 F.3d 1161.

**No. 10-895. Rafael Arriaza Gonzalez, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

564 U.S. 1003, 131 S. Ct. 2989, 180 L. Ed. 2d 820, 2011 U.S. LEXIS 4392.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit granted limited to the following questions: (1) Was there jurisdiction to issue a certificate of appealability under 28 U.S.C. § 2253(c) and to adjudicate petitioner's appeal? (2) Was the application for writ of habeas corpus out of time under 28 U.S.C. § 2244(d)(1) due to "the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review"?

Same case below, 623 F.3d 222.